1  MARK I. WRAIGHT (State Bar No. 228303)
   miw@severson.com
2  ANDREW S. ELLIOTT (State Bar No. 254757)
   ase@severson.com
3  EVELINA MANUKYAN (State Bar No. 233262)
   exm@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendants
8  WELLS FARGO BANK, N.A.; WELLS FARGO
   & COMPANY; WELLS FARGO
9  FOUNDATION; and KENT MANNINA

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  DANFORD FOUNDATION and           Case No.
    KATHERINE F. FISHER,
15                                    **PROOF OF SERVICE ON NOTICE OF
              Plaintiffs,             REMOVAL**
16
         vs.                          Action Filed:   December 11, 2018
17                                    Trial Date:     None Set
    WELLS FARGO BANK, N.A., WELLS
18  FARGO & COMPANY; WELLS FARGO
    FOUNDATION; KENT MANNINA; DEVON
19  SILVERA, an individual; and DOES 1
    through 20, inclusive,
20
              Defendants.
21

22

23

24

25

26

27

28

14798764.1

PROOF OF SERVICE ON NOTICE OF REMOVAL

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On March 22, 2019, I served true copies of the following document(s):

**NOTICE OF REMOVAL**

**AMENDED CIVIL COVER SHEET**

**NOTICE TO STATE COURT AND ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT**

**ECF REGISTRATION INFORMATION**

**FILING PROCEDURES FOR SAN FRANCISCO**

**JOSEPH C. SPERO'S STANDING ORDER**

**CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE BROCHURE**

**STANDING ORDERS FOR ALL JUDGES IN THE NORTHERN DISTRICT**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

on the interested parties in this action as follows:

| | |
|---|---|
| Ted J. Hannig, Esq.<br>Paul A. Mann, Esq.<br>Hannig Law LLP<br>990 Industrial Road, Suite 207<br>San Carlos, CA 94070 | Attorneys for Plaintiffs Danford Foundation and Katherine F. Fisher<br>Telephone: (650) 482-3040<br>Facsimile: (650) 482-2820<br>Email: tjh@hanniglaw.com<br>paul@hanniglaw.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 22, 2019, at San Francisco, California.

*Chilaren Kada*
Chilaren L. Kada

14798764.1

PROOF OF SERVICE ON NOTICE OF REMOVAL