TED J. HANNIG (SBN 111691)
tjh@hanniglaw.com
PAUL A. MANN (SBN 314299)
paul@hanniglaw.com
HANNIG LAW LLP
990 Industrial Rd., Suite 207
San Carlos, CA 94070
Telephone: (650) 482-3040
Facsimile: (650) 482-2820

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANFORD FOUNDATION, a California nonprofit public benefit corporation, and KATHERINE F. FISHER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY, WELLS FARGO FOUNDATION, KENT MANNINA, DEVON SILVERA, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:19-cv-01512-JCS<br><br>CONSENT TO MAGISTRATE JUDGE JURISDICTION<br><br>Assigned for all purposes to:<br>Hon. Joseph C. Spero<br><br>Action Filed:       December 11, 2018<br>Action Removed: March 22, 2019<br>Trial Date:          None Set |

☒ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED:  May 3, 2019                    HANNIG LAW LLP


                                       By:      */s/ Ted J. Hannig*
                                                Ted. J. Hannig

                                       Attorneys for Plaintiffs Danford Foundation and Katherine F. Fisher