1  TED J. HANNIG (SBN 111691)
   tjh@hanniglaw.com
2  PAUL A. MANN (SBN 314299)
   paul@hanniglaw.com
3  HANNIG LAW LLP
   990 Industrial Rd., Suite 207
4  San Carlos, CA 94070
   Telephone: (650) 482-3040
5  Facsimile: (650) 482-2820

6
   Attorneys for Plaintiffs
7

8

9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11

12

13 DANFORD FOUNDATION, a California          Case No. 3:19-cv-01512-JCS
   nonprofit public benefit corporation, and
14 KATHERINE F. FISHER, an individual,       **STIPULATION TO STAY MATTER
                                             PENDING ARBITRATION; [PROPOSED]
15              Plaintiffs,                  ORDER**

16       vs.

17 WELLS FARGO BANK, N.A., WELLS             Assigned for All Purposes to:
   FARGO & COMPANY, WELLS FARGO              Hon. Joseph C. Spero, pending consent
18 FOUNDATION, KENT MANNINA, DEVON
   SILVERA, an individual, and DOES 1 through Action Filed:      December 11, 2018
19 20, inclusive,                            Action Removed: March 22, 2019
                                             Trial Date:        None Set
20              Defendants.

21

22

23

24

25

26

27

28

{DNF:5624:PM:H0198735.DOCX.1 }07685.2131/14831940.1                    3:19-cv-01512-JCS
              STIPULATION TO STAY MATTER PENDING ARBITRATION; [PROPOSED] ORDER

Pursuant to the terms of the parties' contract, Plaintiffs Danford Foundation and Katherine F. Fisher ("Plaintiffs"), and Defendants Wells Fargo Bank, N.A., Wells Fargo & Company, Wells Fargo Foundation, and Kent Mannina ("Defendants") (collectively Defendants and Plaintiffs may be referred to as the "Parties"), hereby stipulate that this matter shall first be referred to binding arbitration before the American Arbitration Association ("AAA") for a determination as to whether Defendants have waived their right to arbitration, and that this matter will be stayed pending that determination in arbitration.  In the event the issue of waiver is resolved in favor of Defendants (*i.e.*, that Defendants did not waive their right to arbitrate Plaintiffs' claims), the arbitration will proceed on the merits of Plaintiffs' claims.

The Parties, through their respective counsel of record, stipulate and agree to the terms as follows:

1. The Parties shall submit the waiver issue to binding non-judicial arbitration;

2. The arbitration shall be conducted through AAA;

3. This action shall be STAYED in its entirety pending determination in arbitration of the waiver issue;

4. Should Plaintiffs prevail on the waiver issue, this stay shall terminate, and Plaintiffs shall have 30 days from the termination of the stay to file any motion to remand the case;

5. Should Defendants prevail on the waiver issue, this stay shall remain in effect pending completion of the arbitration of the merits of Plaintiffs' claims;

6. Mr. George Fisher, representative of the recently deceased Katherine F. Fisher, shall be substituted into the case for the decedent.

**IT IS SO STIPULATED.**

///
///
///
///
///
///

1  DATED:  April 19, 2019          SEVERSON & WERSON
                                   A Professional Corporation
2

3

4                                  By:      */s/ Evelina Manukyan*
                                            Evelina Manukyan
5
                                   Attorneys for Defendants Wells Fargo Bank, N.A., Wells
6                                  Fargo & Company, Wells Fargo Foundation, and Kent
                                   Mannina
7

8

9  DATED:  April 19, 2019          HANNIG LAW, LLP

10

11
                                   By:      */s/ Ted J. Hannig*
12                                          Ted. J. Hannig

13                                 Attorneys for Plaintiffs Danford Foundation and Katherine
                                   F. Fisher
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the Stipulation to Stay Matter Pending Completion of Arbitration agreed to and submitted by the Parties, this action is hereby referred to binding arbitration before the American Arbitration Association ("AAA") and stayed in its entirety pending determination of whether Defendants have waived their right to arbitrate. Should Plaintiffs prevail on that issue, this stay shall terminate. If Defendants prevail, this stay shall remain in effect pending completion of the arbitration.

Nothing contained herein shall be deemed a waiver of Plaintiffs' right to file a motion to remand the case, pursuant to 28 U.S. Code section 1447(c), in the event the stay is terminated. For purposes of this Stipulation and Order, Plaintiffs shall have 30 days from termination of the stay to file any motion to remand.

It is further ordered that Mr. George Fisher, representative of the recently deceased Katherine F. Fisher, be substituted into the case for the decedent.

**IT IS SO ORDERED.**

IT IS HEREBY FURTHER ORDERED that the initial case management conference set for June 21, 2019 at 2:00 PM, is continued to December 13, 2019 at 2:00 PM. Joint case management conference statement due December 6, 2019.

_____
Joseph C. Spero, Chief Magistrate Judge

DATED: __May 20__, 2019